**Order entered February 26, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01308-CR
### No. 05-14-01309-CR

**GERARDO DELACRUZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-21654-R,F12-22418-R**

## ORDER

The Court **REINSTATES** the appeals.

On January 23, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On February 25, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the January 23, 2015 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    LANA MYERS
         JUSTICE